UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : NO. 2:20-CV-02511-MLCF-DMD<br>:<br>: |
| VERSUS | :<br>: JUDGE MARTIN L.C. FELDMAN |
| HOLLINGSWORTH RICHARDS, LLC, D/B/A HONDA OF COVINGTON | : MAG. JUDGE DANA M. DOUGLAS<br>:<br>: |

## ANSWER

**COMES NOW**, defendant, Hollingsworth Richards, LLC, d/b/a Honda of Covington ("Honda of Covington"), and in response to the Complaint filed by the U.S. Equal Opportunity Commission ("EEOC"), pleads, responds and states, as follows:

### JURISDICTION AND VENUE

1.  The allegations contained in Paragraph 1 are denied as written. However, Honda of Covington admits that this Court has jurisdiction over this matter.

2.  The allegations contained in Paragraph 2 are denied as written. However, Honda of Covington admits that this Court is the appropriate venue.

### PARTIES

3.  The allegations contained in Paragraph 3 are admitted.

4.  The allegations contained in Paragraph 4 are admitted.

5.  The allegations contained in Paragraph 5 are admitted.

6.  The allegations contained in Paragraph 6 are admitted.

### ADMINISTRATIVE PROCEDURES

7.  The allegations contained in Paragraph 7 are admitted upon information and belief. Honda of Covington reiterates its denial of the allegations contained in the Charge.

8. The allegations contained in Paragraph 8 are denied and/or denied as written. However, Honda of Covington admits that the EEOC issued a "Determination" and invitation to conciliate.

9. The allegations contained in Paragraph 9 are denied and/or denied as written. Honda of Covington specifically denies that it engages in any "discriminatory practices" with respect to Bourgeois and/or as "described in the Letter of Determination." However, Honda of Covington admits that it communicated with the EEOC in response to the invitation to "conciliate."

10. The allegations contained in Paragraph 10 are denied as written. Honda of Covington admits that no conciliation agreement was reached due to the fact that it did not violate the law, as alleged by the EEOC and Bourgeois, and due to the fact that the conditions and payment required by the EEOC were excessive and unsupported by either the law or facts with respect to Bourgeois' employment and its termination.

11. The allegations contained in Paragraph 11 are denied, denied as written, and/or denied for lack of sufficient information to justify a belief therein.

## STATEMENT OF CLAIMS

12. The allegations contained in Paragraph 12 are denied.

13. The allegations contained in Paragraph 13 are denied, denied as written, and/or denied for lack of sufficient information to justify a belief therein. Honda of Covington specifically denies the allegation contained in Paragraph 13(b).

14. The allegations contained in Paragraph 14 are denied, denied as written, and/or denied for lack of sufficient information to justify a belief therein. However, Honda of Covington admits that it made a conditional offer of employment to Bourgeois, and that it hired Bourgeois (and put her to work) after receiving the results of her post-offer (pre-employment) drug test, as alleged in Paragraph 14(a), (b), (c), (d) and (e). The remaining specific allegations contained in

Paragraph 14(f), (g), (h), (i), (j), (k), (l), (m), (n), (o), (p) and (q) are specifically denied, denied as written, and/or denied for lack of sufficient information to justify a belief therein.

15. The allegations contained in Paragraph 15 are denied.

16. The allegations contained in Paragraph 16 are denied.

17. The allegations contained in Paragraph 17 are denied.

18. The allegations contained in Paragraph 18 are denied.

19. The allegations contained in Paragraph 19 are denied.

## **PRAYER FOR RELIEF**

Defendant, Honda of Covington denies that the EEOC and/or Bourgeois is/are entitled to the relief sought in parts (A), (B), (C), (D), (E), (F), (G), (H), (I) and/or (J) of the EEOC's "Prayer For Relief."

## **JURY TRIAL**

This paragraph does not require a specific response from Honda of Covington insofar as it does not contain or allege any facts requiring a response.  However, Honda of Covington does not oppose the EEOC's demand for a "jury trial on all questions of fact raised by this Complaint that are triable to a jury."

**WHEREFORE**, defendant, Hollingsworth Richards, LLC, d/b/a Honda of Covington, prays that its Answer (and response) to the Complaint filed herein by the EEOC be deemed good and sufficient and that, after due proceedings are had, there be judgment entered in Defendant's favor and against the EEOC, dismissing its claims and, complaint with prejudice and at the EEOC's cost.

Respectfully submitted,
TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.


By: */s/ Thomas R. Peak*
  Thomas R. Peak, Bar # 14300
  450 Laurel Street, 8th Floor (70801)
  P.O. Box 2471
  Baton Rouge, LA 70821-2471
  Phone: (225) 387-3221
  Fax: (225) 346-8049
  Attorneys for Defendant
  HOLLINGSWORTH RICHARDS, LLC,
  D/B/A HONDA OF COVINGTON

CERTIFICATE

The undersigned hereby certifies that on this 4th day of December, 2020, I electronically filed the foregoing Answer with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.


*/s/Thomas R. Peak*
Thomas R. Peak

- 4 -

2456352v.1