## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, PLAINTIFF, | CIVIL ACTION NO. 20-02511 |
| V. | JUDGE FELDMAN |
| HOLLINGSWORTH RICHARDS, LLC, D/B/A HONDA OF COVINGTON, DEFENDANT. | MAGISTRATE JUDGE DOUGLAS |

### EEOC'S WITNESS & EXHIBIT LISTS

Pursuant to the Court's scheduling order (ECF No. 11), the plaintiff, U.S. Equal Employment Opportunity Commission ("EEOC"), hereby submits the following list of witnesses who may or will be called to testify at trial and all exhibits that may or will be used at trial. The EEOC submits these lists based on material and information that is presently available to it. Because discovery in this case is ongoing, the EEOC reserves the right to amend or supplement the following lists. By listing a witness, the EEOC does not waive any objection to the calling or testimony of the witness at any hearing or the trial in this action. By listing an exhibit—or category of exhibits—the EEOC does not waive any objection to the introduction or use of the exhibit by any other party in any hearing or at the trial in this action.

### WITNESS LIST

- Anyone referenced in any witness list, the record, any disclosure, any deposition, any hearing, any trial, any affidavit, any declaration, any

discovery request or response, any subpoena or subpoena response, and in any production in this action, including but not limited to:

- Megan Accardo
- Garrett Max Blades
- Gregory Bourgeois
- Brandi Bourgeois
- Peggy Bridges
- William Brown
- Jan Bruckmeier
- Tim Buechele
- Jacob Burger
- Adam Burtsell
- Kaitlyn Byers
- Clay Clement
- Wade Copeland
- Marshall Core
- Cameron Darby
- Neil Dash
- Mason Diaz
- Mike Dinapolis
- Brett Dourrieu
- Daniel Dufrene
- Sage Dufrene
- Susan Farlouis
- Robert Gill
- Carolyn & Donald Gratia

2

- Courtney Guillen
- Christopher Guillet
- Joseph "Kyle" Harrington
- Harley Helton
- Austin Isbell
- Branden Jackson
- Shelly Jordan
- Tracy Kerher
- Robert Kirby
- Noelle Link
- Justin Lockhart
- Laurie McCants
- Harley Melton
- Kyle Mitchell
- William Purvis
- Joshua Rainwater
- Nancy Richardson
- Rachelle Rispol
- Jamie Schaefer
- Angel Scott
- Ariel Seal
- Dillon Simpson
- Joel Skidmore
- Jason Stewart

- - Demask Tate
  - Lori Theriot
  - Chad Thomas
  - Jason Thornhill
  - Raymond Uloth
  - Melanie Varnado
  - Robert Varnado
  - Matthew Virdine
  - Christian Weidie
  - Jeremiah Wellman
  - William White
  - Jason Wilson
  - Mark Wise
  - Michelle Zemlik
- Anyone who has testified in this action.
- Anyone with knowledge of the existence or extent of the damages resulting from the Hollingsworth Richards, LLC's acts and omissions.
- Anyone necessary to authenticate documents, electronically stored information ("ESI"), or tangible things in this action.
- Anyone necessary to offer testimony in rebuttal.

### EXHIBIT LIST

- Documents, ESI, and tangible things produced by the parties in this action, including but not limited to:
  - Employer Summary (EEOC0000002 et seq.)
  - Email from Brandi Bourgeois to Doctor Review Service (July 31, 2016) (EEOC0000004)

- Prescription (EEOC0000005)

- Email from Google Calendar to Brandi Bourgeois (September 11, 2016) (EEOC0000006 et seq.)

- Email from Brandi Bourgeois to Doctor Review Service (October 14, 2016) (EEOC0000007)

- Prescription (EEOC0000008)

- Email from EEOC to Brandi Bourgeois (November 30, 2017) (EEOC0000009 et seq.)

- EEOC Seal (EEOC0000011)

- Email from Shwann Brignac to Brandi Bourgeois (November 8, 2018) (EEOC0000012)

- Email from EEOC to Brandi Bourgeois (February 9, 2019) (EEOC0000013)

- EEOC Seal (EEOC0000014 et seq.)

- Drug Test Records (EEOC0000016 et seq.)

- Louisiana Workforce Commission Records (EEOC0000022 et seq.)

- Charge Detail Inquiry (EEOC0000046 et seq.)

- Document Log (EEOC0000050 et seq.)

- Notice of Conciliation Failure (EEOC0000052)

- Letter of Determination (EEOC0000053 et seq.)

- Notice of Charge of Discrimination (EEOC0000060 et seq.)

- Charge of Discrimination (EEOC0000064 et seq.)

- Letter from Jennifer Ortiz to Brandi Bourgeois (November 21, 2016); Agreement to Mediate (EEOC0000066 et seq.)

- Drug Test Records (EEOC0000068 et seq.)

- Letter from Shwann Brignac to Brandi Bourgeois (November 13, 2018) (EEOC0000073)

- Letter from Shwann Brignac to Brandi Bourgeois (October 3, 2018)

(EEOC0000074 et seq.)

- Intake Questionnaire (EEOC0000075)

- Letter from Shwann Brignac to Brandi Bourgeois (September 7, 2018) (EEOC0000079)

- Intake Notes (EEOC0000080 et seq.)

- Employee File (EEOC0000083 et seq.)

- Employee Handbook (EEOC0000120 et seq.)

- Letter from Shwann Brignac to Laurie McCants (January 31, 2017) (EEOC0000154)

- Powersports Sales Trend Reports (EEOC0000155)

- Position Statement (EEOC0000156 et seq.)

- Public Portal Email Log (EEOC0000158)

- Email from Shwann Brignac to Brandi Bourgeois (November 8, 2018) (EEOC0000159)

- Email from Shwann Brignac to Courtney Guillen (May 13, 2019) (EEOC0000160 et seq.)

- Email from Shwann Brignac to Courtney Guillen (May 13, 2019) (EEOC0000162)

- Email from Shwann Brignac to Brandi Bourgeois (November 13, 2018) (EEOC0000163)

- Email from Shwann Brignac to Courtney Guillen (January 31, 2017) (EEOC0000164)

- Letter from Shwann Brignac to Laurie McCants (January 31, 2017) (EEOC0000165)

- Email from Nancy Richardson to Shwann Brignac (May 14, 2019) (EEOC0000166 et seq.)

- Employer's Quarterly Federal Tax Return (EEOC0000168 et seq.)

- Electronic Contact Card (EEOC0000169)

- Electronic Contact Card (EEOC0000170)

- Termination Form (EEOC0000171 et seq.)
- Email from Brandi Bourgeois to Shwann Brignac (November 13, 2018) (EEOC0000176)
- Separation Notice (EEOC0000177)
- Interview Notes (EEOC0000178 et seq.)
- Drug Test Records (EEOC0001000)
- Payroll Summary (HR000001)
- Commission Sheets (HR000002 et seq.)
- Sales Trend Report (HR000005)
- Sales Trend Report (HR000006 et seq.)
- Sales Trend Report (HR000008 et seq.)
- Termination Checklist (HR000010 et seq.)
- Termination Form (HR000011 et seq.)
- AlwaysCare Terminate Member Confirmation (HR000015)
- Separation Notice (HR000016)
- Regarding Drug Test (HR000017)
- Notification of MRO Contact with Donor (HR000018)
- Negative Result (HR000019)
- Initial Drug Screen Result Form (HR000020)
- Non-Federal Four-Part Drug Testing Custody and Control Form (HR000021)
- Consent for Testing and/or Authorization to Release Information (HR000022)
- Application for Employment (HR000023 et seq.)
- Application for Employment (HR000027 et seq.)
- Sample Authorization Form Direct Deposit Authorization

- Agreement (HR000029)
- Internal Revenue Service Form W-4 (HR000030 et seq.)
- Louisiana Department of Revenue Employee Withholding Exemption Certificate (L-4) (HR000032)
- Consumer Notification (HR000033)
- Agreement to Submit to Post Offer/Pre-Employment Screenings Authorization and Release Form (HR000034)
- Employment Acknowledgment (HR000035)
- Acknowledgment and Consent Employer Copy (HR000036 et seq.)
- 401(k) Plan Summary (HR000038 et seq.)
- Pay Plan (HR000043)
- Nametag Form (HR000044)
- Instructions for Employment Eligibility Verification (HR000045 et seq.)
- Driver's License (HR000054)
- Social Security Card (HR000055)
- Employee Health Plan Acceptance/Waiver Form (HR000056)
- Enrollment Form for Group Insurance (HR000057)
- AlwaysCare Add Member Confirmation (HR000060 et seq.)
- Negative Result (HR000061)
- Non-Federal Four-Part Drug Testing Custody and Control Form (HR000062)
- Initial Drug Screen Result Form (HR000063)
- Authorization to Release Information (HR000064)
- Employer Authorization (HR000065)
- ApplyCheck eReporting Information System Reports (HR000066)

- Instructions for Employment Eligibility Verification (HR000070)
- Time Card Report (HR000075 et seq.)
- Chart (HR000103 et seq.)
- Application for Employment (HR000104 et seq.)
- Payroll Summary (HR000106 et seq.)
- Training History (HR000108 et seq.)
- Application for Employment (HR000111 et seq.)
- Payroll Summary (HR000113)
- Training History (HR000114 et seq.)
- Employment Application (HR000116 et seq.)
- Payroll Summary (HR000118)
- Training History (HR000119 et seq.)
- Employment Application (HR000121 et seq.)
- Payroll Summary (HR000123)
- Training History (HR000124 et seq.)
- Employment Application (HR000126)
- Resume (HR000127)
- Payroll Summary (HR000128)
- Training History (HR000129 et seq.)
- Employment Application (HR000131 et seq.)
- Payroll Summary (HR000133 et seq.)
- Training History (HR000135 et seq.)
- Employment Application (HR000137 et seq.)
- Payroll Summary (HR000139 et seq.)

- Training History (HR000141 et seq.)
- Employment Application (HR000151 et seq.)
- Payroll Summary (HR000153)
- Application for Employment (HR000154 et seq.)
- Payroll Summary (HR000160)
- Training History (HR000161 et seq.)
- Application for Employment (HR000163 et seq.)
- Pre-Employment Inquiry Release (HR000165)
- Application for Employment (HR000166)
- Payroll Summary (HR000167)
- Training History (HR000168 et seq.)
- Employment Application (HR000170 et seq.)
- Payroll Summary (HR000172)
- Training History (HR000173 et seq.)
- Training History (HR000175 et seq.)
- Employment Application (HR000176)
- Driver's License (HR000177)
- Resume (HR000178 et seq.)
- Payroll Summary (HR000180)
- Employee Handbook (HR000181 et seq.)
- New Hire Pay Plan (HR000216)
- Commission Sheets (HR000217 et seq.)
- Time Card Records (HR000675 et seq.)
- Compli Summary (HR001246 et seq.)

- 2016-2017 Employee Premiums (HR001319)
- Summaries of Employee Benefits (HR001320 et seq.)
- Sales Trend Reports (HR001324 et seq.)
- 2017 Employee Premiums (HR002806 et seq.)

- Documents, ESI, and tangible things that will be produced by the EEOC in this action, including but not limited to:
  - Louisiana Department of Revenue Materials
  - Facebook Posts
  - Photographs of Brandi Bourgeois
  - Photograph of Note
  - Photograph of Brandi Bourgeois
  - Louisiana Department of Revenue 2017 Louisiana Sales Tax Holidays
  - Louisiana Department of Revenue 2017 Louisiana Second Amendment Weekend Sales Tax Holiday
  - Louisiana Department of Revenue Acts of the 2017 First Extraordinary Session
  - Acts of the 2016 First Extraordinary Session
  - Act No. 453
  - Act No. 25
  - Act No. 26
  - Declaration of Emergency Annual Louisiana Second Amendment Weekend Sales Tax Holiday (LAC 61:1.4425)
  - Louisiana Department of Revenue General Sales and Use Tax
  - HB61
  - HB62
  - RS 47:305.62

- Louisiana Department of Revenue News Releases
- Taxable Rate of Transactions for Exemptions and Exclusions
- Louisiana Department of Revenue Information Bulletin No. 14-018
- Louisiana Department of Revenue Bulletin No. 18-020
- Louisiana Department of Revenue Bulletin No. 09-024
- Louisiana Department of Revenue Bulletin No. 10-016-A
- Louisiana Department of Revenue Bulletin No. 16-050
- Sales Tax Exemptions
- Tax Exemption Budget
- Sales Tax Exemptions and Exclusions Prior to the First Extraordinary Session of 2016

- Documents, ESI, and tangible things referenced in any exhibit list, the record, any disclosure, any deposition, any hearing, any trial, any affidavit, any declaration, any request for admission or response to a request for admission, any interrogatory or response to an interrogatory, any request for production or response to a request for production, any subpoena, or any response to a subpoena, and any formal or informal production in this action.

- Documents, ESI, and tangible things responsive to any request for admission, any interrogatory, any request for production, or any command for production in this action.

- Documents, ESI, and tangible things related to the education, work, or criminal history of any applicant and/or employee at Hollingsworth Richards, LLC between 2016 and the present.

- Documents, ESI, and tangible things related to the relationship between Hollingsworth Richards, LLC and its parent, sibling, and subsidiary entities, including Covington Powersports, LLC.

- Documents, ESI, and tangible things related to the claims and defenses in this action.

- Documents, ESI, and tangible things used as or referenced in exhibits in this action.

- Any record or transcript of testimony in this action.

- Any statements made by witnesses in this action.

- Documents, ESI, and tangible things related to the existence and extent of punitive damages, pecuniary and nonpecuniary compensatory damages, back pay, and front pay.

- Documents, ESI, and tangible things related to Hollingsworth Richards, LLC's assets.

- Documents, ESI, and tangible things related to the number of persons Hollingsworth Richards, LLC employed between 2015 and the present.

Respectfully submitted this 21st day of December, 2021.

/s/ Andrew B. Kingsley
**Andrew B. Kingsley (Lead)**
U.S. Equal Employment Opportunity Commission
New Orleans Field Office
Hale Boggs Federal Building
500 Poydras Street, Suite 809
New Orleans, LA 70130
Email: andrew.kingsley@eeoc.gov
Phone: (504) 208-8661
Louisiana Bar No. 35865

COUNSEL FOR U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

CERTIFICATE OF SERVICE

I certify that counsel of record has been served with the forgoing via CM/ECF on December 21, 2021.

/s/ Andrew B. Kingsley
**Andrew B. Kingsley**