# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION NO. 20-2511 |
| V. | DISTRICT JUDGE MARTIN L.C. FELDMAN |
| HOLLINGSWORTH RICHARDS, LLC, D/B/A HONDA OF COVINGTON | MAGISTRATE JUDGE DANA M. DOUGLAS |

### JOINT MOTION FOR ENTRY OF CONSENT DECREE

**NOW INTO COURT**, through undersigned counsel, come the plaintiff, the U.S. Equal Employment Opportunity Commission ("EEOC"), and the defendant, Hollingsworth Richards, LLC, doing business as Honda of Covington, with this joint motion for the entry of a consent decree.

The EEOC and Hollingsworth Richards, LLC (collectively, the "parties") respectfully state as follows:

1. The parties have agreed to a settlement of the above-captioned action.

2. The settlement of this matter is fair and equitable, and it serves the purposes of the Americans with Disabilities Act ("ADA") and Title I of the Civil Rights Act of 1991.

3. The parties have approved the substance and form of a proposed consent decree, which is filed herewith, and the parties agree to the Court's entering that proposed consent decree.

4. Entering the proposed consent decree will formalize the resolution of this matter and will not prejudice any of the parties.

**WHEREFORE**, the parties respectfully request that the Court grant their motion and that it approve and enter the proposed consent decree that is filed herewith.

Respectfully submitted,

**Rudy L. Sustaita**
Regional Attorney
U.S. Equal Employment Opportunity Commission

**Gregory T. Juge**
Supervisory Trial Attorney
U.S. Equal Employment Opportunity Commission
New Orleans Field Office
500 Poydras Street, Suite 809
New Orleans, LA 70130
Phone: (504) 676-8239
Email: gregory.juge@eeoc.gov

/s/ Andrew B. Kingsley
**Andrew B. Kingsley**
Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
New Orleans Field Office
500 Poydras Street, Suite 809
New Orleans, LA 70130
Phone: (504) 208-8661
Email: andrew.kingsley@eeoc.gov

COUNSEL FOR THE EEOC

/s/ Thomas R. Peak
**Thomas R. Peak**
Partner
Taylor, Porter, Brooks & Phillips LLP
450 Laurel Street, 8th Floor
P.O. Box 2471
Baton Rouge, LA 70821-2471
Phone: 225-381-0231
Email: tom.peak@taylorporter.com

COUNSEL FOR HOLLINGSWORTH RICHARDS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on ___December 22, 2021___, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the above-captioned action.

/s/ Andrew B. Kingsley
**Andrew B. Kingsley**